**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **EYM Café of Texas LLC** |
| 2. | All other names debtor used in the last 8 years | **fdba Panera Bread** |
| | Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **6 1 – 1 9 3 0 9 9 4** |

4. Debtor's address

**Principal place of business**

**4925 N O'Connor Rd**
Number    Street

**Irving    TX    75062**
City    State    ZIP Code

**Dallas**
County

**Mailing address, if different from principal place of business**

Number    Street

P.O. Box

City    State    ZIP Code

**Location of principal assets, if different from principal place of business**

Number    Street

City    State    ZIP Code

5. Debtor's website (URL)  _____

6. Type of debtor
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other.  Specify: _____

Debtor **EYM Café of Texas LLC** _____  Case number (if known) _____

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes

**7 2 2 5**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11.  *Check all that apply:*
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When ____/____/_____ Case number _____
  District _____ When ____/____/_____ Case number _____
  District _____ When ____/____/_____ Case number _____

Debtor **EYM Café of Texas LLC** _____ Case number (if known) _____

| 10. | Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☑ No |
|---|---|---|
| | List all cases. If more than 1, attach a separate list. | ☐ Yes. Debtor _____ Relationship _____ District _____ When __/__/____ (MM/DD/YYYY) Case number, if known _____ |
| | | Debtor _____ Relationship _____ District _____ When __/__/____ (MM/DD/YYYY) Case number, if known _____ |

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
| | | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|---|
| | | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ Number  Street _____ City  State  ZIP Code |
| | | **Is the property insured?** ☐ No   ☐ Yes. Insurance agency _____ Contact name _____ Phone _____ |

### Statistical and adminstrative information

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ☑ Funds will be available for distribution to unsecured creditors. |
| | | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

Debtor **EYM Café of Texas LLC**_____ Case number (if known)_____

| 14. | Estimated number of creditors | ☐ 1-49<br>☐ 50-99<br>☒ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | Estimated assets | ☒ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☒ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    ■ I have been authorized to file this petition on behalf of the debtor.

    ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on **08/02/2025**
    MM / DD / YYYY

    X **/s/ Eduardo Diaz**_____
    Signature of authorized representative of debtor

    **Eduardo Diaz**
    Printed name

    **Manager**
    Title

18. **Signature of attorney**

    X **/s/ Howard Marc Spector**_____ Date **08/02/2025**
    Signature of attorney for debtor                              MM / DD / YYYY

    **Howard Marc Spector**
    Printed name

    **Spector & Cox, PLLC**
    Firm name

    **12770 Coit Rd**
    Number       Street

    **Suite 850**

    **Dallas**                                    **TX**              **75251**
    City                                          State            ZIP Code

    **(214) 365-5377**                            **hspector@spectorcox.com**
    Contact phone                                 Email address

    **00785023**                                  **TX**
    Bar number                                    State

Official Form 201  **Voluntary Petition for Non-Individuals Filing for Bankruptcy**  page 4

**Fill in this information to identify the case:**

Debtor name: **EYM Café of Texas LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Internal Revenue Service<br>1111 Constitution Ave NW<br>Washington, DC 20224 | | Taxes | | | | $550,000.00 |
| 2 | IRS<br>PO Box 145595<br>Cincinnati, Ohio 45250 | | 941 -12/31/2024 | | $354,714.05 | $0.00 | $354,714.05 |
| 3 | Texas Comptroller of Public Accounts<br>Bankruptcy Section<br>P.O. Box 13528<br>Austin, Texas 78711 | | Taxes | | | | $124,186.76 |
| 4 | Wells The Woodlands, LLC<br>206-A South Loop 336 West, Suite 211<br>Conroe, Texas 77304 | | LandLord - St # 202507 | | | | $118,708.31 |
| 5 | Wells Spring, LLC<br>PO Box 2890<br>Hendersonville, North Caroline 28793 | | LandLord - St # 202506 | | | | $96,799.98 |

Debtor  **EYM Café of Texas LLC**  Case number (if known) _____
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6 | IRS<br>PO Box 145595<br>Cincinnati, Ohio 45250 | | 941- 9/30/2024 | | $84,448.32 | $0.00 | $84,448.32 |
| 7 | Towne Center Venture, LLP<br>2001 Kirby Drive, Ste 610<br>Houston, Texas 77019 | | LandLord - St # 202503 | | | | $75,408.55 |
| 8 | Local Westgate, LLC<br>Pacific Sierra Associates Westgate, LLC<br>15821 Ventura Blvd., Suite 460<br>Encino, California 91436 | | LandLord - St # 202505 | | | | $36,292.22 |
| 9 | Spring I.S.D Tax Office<br>420 Lockhaven Dr<br>Houston, Texas 77073 | | | | $25,077.92 | $0.00 | $25,077.92 |
| 10 | Panera, LLC<br>1400 S. Highway Drive, Suite 100<br>St Louis, MO 63026 | | | | | | $25,000.00 |
| 11 | Woodlands Mall JV LLC<br>110 N. Wacker Dr.<br>Chicago, Illinois 60606 | | LandLord - St # 202504 | | | | $23,557.26 |
| 12 | Jamion America Corp<br>6441 Royalton Dr<br>Dallas, Texas 75230 | | LandLord - St # 202514 | | | | $17,640.00 |
| 13 | Howard A Entin<br>23679 Calabasas Rd. 315<br>Calabasas, California 91302 | | LandLord - St # 202510 | | | | $17,145.00 |

Official Form 204     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**     page 2

Debtor   **EYM Café of Texas LLC**_____   Case number (if known) _____
       Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | Samir Enterprises, Inc. Noble House Real Estate PO Box 202 Seabrook, Texas 77586 | | LandLord - St # 202508 | | | | $16,940.00 |
| 15 | Jenkins Family Trust of 1994 1738 N. Palm Ave. Upland, California 68034 | | LandLord - St # 202511 | | | | $16,650.00 |
| 16 | Glory WPC I, LP 3120 Rogerdale Road, Suite 150 Houston, Texas 77042 | | LandLord - St # 202513 | | | | $16,650.00 |
| 17 | AGA Four Corners Katy, LLC 122 Stewart Drive Aspen, Colorado 81611-9714 | | LandLord - St # 202512 | | | | $16,041.67 |
| 18 | Kimco Realty Corporation 3333 New Hyde Park Road, Suite 100 New Hyde Park, New York 11042 | | LandLord - St # 202502 | | | | $15,490.84 |
| 19 | 4H Ranch, Inc. (a Florida Corporation) 23305 ORANGE AVENUE Fort Pierce, Florida 34945 | | LandLord - St # 202509 | | | | $15,041.67 |
| 20 | AT&T 24523 Gosling Rd Spring, Texas 77389 | | | | | | $13,991.94 |

**Fill in this information to identify the case and this filing:**

Debtor Name: **EYM Café of Texas LLC**

United States Bankruptcy Court for the: **EASTERN DISTRICT OF TEXAS**

Case number (if known):

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)
- ☐ Amended Schedule _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **08/02/2025**              X **/s/ Eduardo Diaz**
MM / DD / YYYY                             Signature of individual signing on behalf of debtor

**Eduardo Diaz**
Printed name

**Manager**
Position or relationship to debtor

---

Official Form 202     Declaration Under Penalty of Perjury for Non-Individual Debtors

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:   **EYM Café of Texas LLC**                              CASE NO

                                                                CHAPTER   **11**

# VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date  8/2/2025                              Signature  /s/ Eduardo Diaz
                                                       *Eduardo Diaz*
                                                       *Manager*

Date _____                 Signature _____

4H Ranch, Inc. (a Florida Corporation)
23305 ORANGE AVENUE
Fort Pierce, Florida 34945

AGA Four Corners Katy, LLC
122 Stewart Drive
Aspen, Colorado 81611-9714

American Fire Protection Group Inc
10575 Vista Park Road
Dallas, Texas 60674

Andrea Gandara
555 S, Flower St., 18th Floor
Los Angeles, CA 90071

Annette Ramirez
1001 Preston St.
Houston, Texas 77072

AT&T
24523 Gosling Rd
Spring, Texas 77389

BCRR, Inc
1349 Tracy Lynn St
Abilene, Texas 79601

Bridgestone MUD
PO Box 4663
Houston, Texas 77210-4663

C06 TIRZ 1 (Katy Mills)
1317 Eugene Heimann Circle
Richmond, Texas 77469-3623

Carmen P. Turner, MPA, PCC, CTOP
1317 Eugene Heimann Circle
Richmond, Texas 77469-3623

Center Point Energy
1111 Louisiana Street
Houston, Texas 77002

Century Fire Protection
2100 Kramer Lane, 78758
Austin, Texas 78758

Cincinnati Bell Inc.
1507 Solutions CTR

Chicago, Illinois 60677

City National Bank
555 S. Flower Street, 21st Floor
Los Angeles, California 90071

City National Bank
116 W 3rd,
Taylor, Texas 76574

City of Conroe
400 N San Jacinto St
Conroe, Texas 77301

City of Houston
PO Box 4663
Houston, Texas 77210-4663

City of Katy
901 Avenue C
Katy, Texas 77493

City of Katy
1317 Eugene Heimann Circle
Richmond, Texas 77469-3623

City of Lubbock Utilities
1401 Avenue K
Lubbock, Texas 79401

City of Tomball
501 James St
Tomball, Texas 77375

City of Tomball
PO Box 4663
Houston, Texas 77210-4663

Comcast Holdings Corporation
One Comcast Center
1701 JFK Boulevard
Philadelphia, Pensylvania 19103

Conroe ISD
400 N San Jacinto St
Conroe, Texas 77301

Consolidated Communications
2116 S 17th St
Mattoon, Illinois 61938

Cy-Fair Christian Church Inc
9730 Grant Rd
Houston, Texas 77070

Cypress-Fairbanks ISD
PO Box 4663
Houston, Texas 77210-4663

David Piwonka Cypress-Fairbank ISD Tax A
10494 Jones Road, Ste. 106
Houston, Texas 77065

Direct Energy Business
1001 Liberty Avenue
Pittsburgh, Pensylvania 15222

Ecolab
1 Ecolab Place
St Paulo, Minesota 55102

Ecolab EcoSure
26397 Network Place
Chicago, Illinois 60673

Ecolab Pest Elim. Div
26252 Network Place
Chicago, Illinois 60673

Edward Don & Company
2562 Paysphere Circle
Chicago, Illinois 60674

Emergency Ser Dist #2
400 N San Jacinto St
Conroe, Texas 77301

Emergency Ser Dist #8
400 N San Jacinto St
Conroe, Texas 77301

Entergy
919 Congress Ave Ste 740
Austin, Texas 73301

Ferguson
21250 Foster Road
Spring, Texas 77388

Fort Bend Drainage

1317 Eugene Heimann Circle
Richmond, Texas 77469-3623

Fort Bend General
1317 Eugene Heimann Circle
Richmond, Texas 77469-3623

Glory WPC I, LP
3120 Rogerdale Road, Suite 150
Houston, Texas 77042

Harris Co Educ Dept
PO Box 4663
Houston, Texas 77210-4663

Harris Co Flood Control
PO Box 4663
Houston, Texas 77210-4663

Harris Co Hosp Dist
PO Box 4663
Houston, Texas 77210-4663

Harris County
PO Box 4663
Houston, Texas 77210-4663

Harris County WCID #110
25003 Pitkin Rd., Suite D600
Spring, Texas 77386

Harris County WCID No. 110
3401 Louisiana Street Suite 400
Houston, Texas 77002

HC Emerg Serv Dist 11
PO Box 4663
Houston, Texas 77210-4663

HC Emerg Serv Dist 13
PO Box 4663
Houston, Texas 77210-4663

HC Emerg Serv Dist 16
PO Box 4663
Houston, Texas 77210-4663

HC Emerg Serv Dist 7
PO Box 4663
Houston, Texas 77210-4663

HC Emerg Serv Dist 8
PO Box 4663
Houston, Texas 77210-4663

HC Emerg Serv Dist 9
PO Box 4663
Houston, Texas 77210-4663

HC FWSD 61
PO Box 4663
Houston, Texas 77210-4663

HC WCID 110
PO Box 4663
Houston, Texas 77210-4663

HCFWSD #61
13205 Cypress N Houston Rd
Cypress, Texas 77429

Helget Gas Products
1151 N Ellis St
Bensenville, Illinois 60106

Howard A Entin
23679 Calabasas Rd. 315
Calabasas, California 91302

Imagine Parent, LLC
1000 Valley Park Drive
Shakopee, Minesota 55379

Inframark
1730 S. Cherry St.
Tomball, Texas 77375

Internal Revenue Service
1111 Constitution Ave NW
Washington, DC 20224

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Inven Trust Properties Corp. (MB Houston
2901 Butterfield Road
Oak Brook, Illinois    60523

IRS

```
PO Box 145595
Cincinnati, Ohio 45250

Jamion America Corp
6441 Royalton Dr
Dallas, Texas 75230

JBL Northwest Marketplace, LLC
2028 Harrison Street    Suite 202
Hollywood, Florida       3302

Jenkins Family Trust of 1994
1738 N. Palm Ave.
Upland, California 68034

Johnstone Supply
15631 Blue Ash 160
Houston, Texas 77090

Johnstone Supply, LLC
2707 E Interestate 30
Grand Praire, Texas 76801

Katy ISD
1317 Eugene Heimann Circle
Richmond, Texas 77469-3623

Katy Management Dist 1
1317 Eugene Heimann Circle
Richmond, Texas 77469-3623

Katy Management District #1
3200 Southwest Freeway, Suite 2600
Houston, Texas 77027

Kimco Realty Corporation
3333 New Hyde Park Road, Suite 100
New Hyde Park, New York 11042

Klein ISD
PO Box 4663
Houston, Texas 77210-4663

Kleinwood MUD
13315 Veterans Memorial Ste 406
Houston, Texas 77014

Kleinwood MUD
PO Box 4663
Houston, Texas 77210-4663
```

Landmere, Inc
2346 Glenda
Dallas, Texas 75229

Local Westgate, LLC
Pacific Sierra Associates Westgate, LLC
15821 Ventura Blvd., Suite 460
Encino, California 91436

Lone Star College
400 N San Jacinto St
Conroe, Texas 77301

Lone Star College Sys
PO Box 4663
Houston, Texas 77210-4663

Malcomson Road UD
2002 W Grand Parkway
Katy, Texas 77449

Malcomson Road Ud
2002 W Grand Parkway N   Customer Lobby
Katy, Texas 77449

Malcomson Road UD
PO Box 4663
Houston, Texas 77210-4663

MCE 2015 LLC
5307 W Loop 289 Suite 302
Lubbock, Texas 79414

MCE 2015, LLC
PO Box 65207
Lubbock, Texas 79464

Michaela Crocker
2121 North Pearl Street, Ste 1100
Dallas, TX 75201

Microcon, Inc
117 N Kirkwood, Suite 108
Kirkwood, Missouri 77070

Montgomery Co. Mud No. 119
2002 W Grand Parkway N   Customer Lobby
Katy, Texas 77449

Montgomery County
400 N San Jacinto St
Conroe, Texas 77301

Montgomery County Hospital
400 N San Jacinto St
Conroe, Texas 77301

Montgomery County M.U.D No. 119
Post Oak Boulevard, Suite 2500
Houston, Texas 77056

Montgomery County M.U.D No. 119
400 N San Jacinto St
Conroe, Texas 77301

Montgomery County Tax Office - Tammy J.
400 N. San Jacinto St.
Conroe, Texas 77301

Municipal Utility District
2455 Lake Robbins Dr.
Woodlands, Texas 77380

Odeko Inc
247 Centre St, 4th FL Front
New York, New York 10013

Pagosa Partners LTD
5307 W Loop 289 Suite 302
Lubbock, Texas 79414

Pagosa Partners, Ltd.
PO Box 65207
Lubbock, Texas 79464

Panera, LLC
1400 S. Highway Drive, Suite 100
St Louis, MO 63026

Parts Town, LLC
27787 Network Place
Chicago, Illinois 60673

Port of Houston Authy
PO Box 4663
Houston, Texas 77210-4663

Printer's Ink LLC
1860 East St Louis St

Springfield, Missouri 65082

R R Donnelley & Sons Company
4101 Winfield Road
Warrenville, Illinois 60555

Retail Technology Group, Inc.
1663 Fenton Business Park Ct
Fenton, Missouri 63206

RF Technologies Inc
542 S Prairie St
Bethalto, Illinois 62010

Samir Enterprises, Inc.
Noble House Real Estate
PO Box 202
Seabrook, Texas 77586

Southwaste Disposal, LLC
16350 Park Ten Place Suite 215
Lafayette, Los Angeles 03-0027079

Spring I.S.D Tax Office
420 Lockhaven Dr
Houston, Texas 77073

Spring ISD
PO Box 4663
Houston, Texas 77210-4663

SYSTECH
6965 E Commerce St
Odessa, Texas 79762

Texas Comptroller of Public Accounts
Bankruptcy Section
P.O. Box 13528
Austin, Texas 78711

Texas Water Utilities
12535 Reed Road
Sugar Land, Texas 77478

The Woodlands Township
400 N San Jacinto St
Conroe, Texas 77301

Tomball I.S.D Tax Office
310 S. Cherry St.

Tomball, Texas 77375

Tomball ISD
PO Box 4663
Houston, Texas 77210-4663

Towne Center Venture, LLP
2001 Kirby Drive, Ste 610
Houston, Texas 77019

TUNDRA RESTAURANT SUPPLY, LLC
3825 Walnut St
Boulder, Colorado 80301

United States Attorney s Office
110 North College Avenue, Suite 700
Tyler, Texas 75702-0204

United States Trustee s Office
110 North College Avenue, Suite 300
Tyler, Texas 75702-7231

Upstream Environmental LLC
9595 Six Pines, Bldg 8 Ste 8210
Woodlands, Texas 77380

Wells Spring, LLC
PO Box 2890
Hendersonville, North Caroline 28793

Wells The Woodlands, LLC
206-A South Loop 336 West, Suite 211
Conroe, Texas 77304

William Freeman
2121 Avenue of the Stars, Ste 1100
Los Angeles, CA 90067-5010

Woodlands Mall JV LLC
110 N. Wacker Dr.
Chicago, Illinois 60606

Woodlands Mtro MUD
400 N San Jacinto St
Conroe, Texas 77301

Woodlands MUD district
2455 Lake Robbins Dr
The Woodlands, Texas 77380

Woodlands Rd Util #1
400 N San Jacinto St
Conroe, Texas 77301

Wulfe Management Services, Inc
1800 Post Oak Blvd., Suite 400
Houston, TX 77056